IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS VALDEZ RUIZ,

    Petitioner,                      No. CIV S-12-0857 DAD P

    vs.

G. HANDSCHUMAKER,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In his application, petitioner challenges a judgment of conviction entered by the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1     Good cause appearing, IT IS HEREBY ORDERED that:

2     1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4     2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6           United States District Court
            Eastern District of California
7           2500 Tulare Street
            Fresno, CA 93721

9  DATED: April 19, 2012.

11  _____
    DALE A. DROZD
12  UNITED STATES MAGISTRATE JUDGE

14  DAD:9:md
    ruiz0857.109