UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ RUIZ, | 1:12-CV-00619 BAM HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO AMEND [Doc. #16] |
| v. | |
| RON BARNES, Warden, | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c).

On May 23, 2012, the undersigned issued an order granting Petitioner leave to file a motion to amend the petition and name a proper respondent. On June 14, 2012, Petitioner complied with the order by filing a motion to amend and name Ron Barnes, Warden, as the respondent. Insofar as Petitioner has named the state officer having custody of him as the respondent to the petition, his motion is proper and will be granted. Rule 2 (a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion to amend and name a proper respondent is GRANTED;

2) The Clerk of Court is DIRECTED to change the name of Respondent to "Ron Barnes, Warden."

IT IS SO ORDERED.

Dated:   June 19, 2012                     /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE