IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ RUIZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>RON BARNES, Warden,<br><br>　　　　Respondent.<br>_____/ | 1:12-cv-00619 BAM (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br>(DOCUMENT #24)<br><br>DEADLINE:  SEPTEMBER 19, 2012 |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 9, 2012, respondent filed a motion to extend time to file response.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Respondent shall have an additional 30 days, to and including September 19, 2012, to file a response to Petitioner's petition for writ of habeas corpus.

　　　　IT IS SO ORDERED.

　　Dated:    **August 13, 2012**　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE