IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ RUIZ, | 1:12-cv-00619 BAM (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| RON BARNES, Warden, | (DOCUMENT #24) |
| Respondent. | DEADLINE: SEPTEMBER 19, 2012 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On August 9, 2012, respondent filed a motion to extend time to file response. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent shall have an additional 30 days, to and including September 19, 2012, to file a response to Petitioner's petition for writ of habeas corpus.


IT IS SO ORDERED.

Dated:   **August 13, 2012**               /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE