UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ RUIZ, | 1:12-CV-00619 LJO BAM HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO LODGE STATE COURT RECORD |
| v. | |
| RON BARNES, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 23, 2012, Petitioner filed a petition for writ of habeas corpus. On June 19, 2012, the Court ordered Respondent to respond to the petition. Respondent was further ordered to provide any and all transcripts or other documents necessary to render a decision in this matter in accordance with Rule 5 of the Rules Governing Section 2254 cases. See Order, pg. 2.

On October 3, 2012, Respondent filed an answer to the petition for writ of habeas corpus. To date, Respondent has not lodged the Clerk's Transcript or the Reporter's Transcript of the trial. The trial transcripts are necessary to render a decision in this matter and thus the Respondent is required to provide those transcripts.

Accordingly, Respondent is DIRECTED to submit a copy of the trial transcripts in this matter within fifteen (15) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   October 26, 2012           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE